IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WOODROW NEAL                                                                                    PETITIONER

v.                                         NO. 5:11CV00157 SWW

RAY HOBBS, Director of the                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

In the petition at bar, petitioner Woodrow Neal, Jr., ("Neal") is challenging the judgment of conviction in CR-1997-202. Because the petition is a second or successive petition, and he did not obtain the approval of the Court of Appeals before filing it, the motion to dismiss filed by respondent Ray Hobbs is granted. Neal's petition is dismissed, and all requested relief is denied.

Alternatively, Neal is challenging the judgment of conviction in CR-1998-442 in the

petition at bar. Because he has offered no reason why the judgment of conviction should be vacated, and because there are serious concerns about whether the judgment of conviction could be vacated at this time, the petition is dismissed. All requested relief is denied.

IT IS SO ORDERED this 19th day of September 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE